LAW OFFICE OF
**SCOTT D. GIBSON, PLLC**
1632 N. COUNTRY CLUB RD.
TUCSON, ARIZONA 85716
(520) 784-2600
SBN: 007395
ecf@sdglaw.net
scott@sdglaw.net

Attorneys for Debtor

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re<br><br>BERTIE SUSAN BRODSKY,<br><br>                  Debtor. | In Proceedings Under<br>Chapter 13<br><br>NO. 4:16-bk-00885-BMW<br><br>**ORDER SUSTAINING DEBTOR'S OBJECTION TO CLAIM**<br><br>Claim No. 11-1<br>Claimant: Nationstar Mortgage, LLC |

The Debtor having objected to the referenced claim, and after due notice by mail on 9/21/17 to the claimant, and the claimant having failed to respond, and good cause appearing,

IT IS HEREBY ORDERED that the Debtor's objection is sustained and the following claim is allowed as a secured claim only, disallowed as a secured claim against any and all estate funds recovered by the Trustee, and disallowed as an unsecured claim:

No: 11-1 filed on 5/4/16 for $197,195.39 by or on behalf of:

Nationstar Mortgage

c/o Jason Sherman
Shapiro Van Ess & Sherman, LLP
3636 N. Central #400
Phoenix, AZ 85012

**DATED AND SIGNED ABOVE**

ORDER RE OBJ TO POC - NATIONSTAR 11-1.doc