Dianne Crandell Kerns, Trustee
Office of the Chapter 13 Trustee
Mailing Address:
7320 N. La Cholla #154-413
Tucson, AZ  85741
TELEPHONE 520.544.9094
FACSIMILE 520.544.7894
MAIL@DCKTRUSTEE.COM

# United States Bankruptcy Court

## District Of Arizona

| | |
|---|---|
| In re: | ) |
| | ) |
| BERTIE SUSAN BRODSKY | ) Case No. 4-16-bk-885-BMW |
| | ) |
| Debtor | ) Chapter 13 |
| | ) |
| Last four digits of Social Security No(s).: 5502 | ) |
| | ) |

*Notice of Return of*
*Proposed Stipulated Order on Confirmation (SOC)*
*Notice of Motion to Dismiss*
*And*
*Notice of Intent to Upload Order Dismissing Case*

Dianne C. Kerns, Trustee for the above-captioned estate, hereby gives notice that the *Order Confirming Chapter 13 Plan* has been reviewed by the Trustee and is being returned to Debtor's counsel for the following reasons:

1. The Trustee objects to confirmation because Ditech Financial filed a Proof of Claim with Home Arrears in the amount of $716.93 however they are not addressed in the Stipulated Order Confirming. This objection may be resolved by addressing this claim in the Stipulated Order Confirming.

The Trustee reserves the right to raise any further objections that may become apparent at a later date. The Trustee further gives notice that the debtor is required to resolve the above issues, resubmit the Order Confirming Plan to the Trustee and file a Notice with the Court stating the issues have been resolved.

This Notice will serve as the Trustee's Motion to Dismiss the case in the event the above issues are not resolved within 30 days from the date of this Notice.

Pursuant to L.R.B.P. 2084-10(b), the Debtor has 30 days to comply with the Trustee's requests, or the Trustee will upload and serve a proposed dismissal order stating the Debtor has failed to comply with the Trustee's request. If the Debtor is unable to comply with the requirements within 30 days, an extension of time should be requested from the Bankruptcy Court stating the reasons for the delay.

Dated this 15TH day of March, 2018.

OFFICE OF THE CHAPTER 13 TRUSTEE
7320 N. La Cholla #154-413
Tucson, AZ  85741


By /s/  DCK 011557
    Dianne C. Kerns, Chapter 13 Trustee

A copy of the foregoing **NOTICE OF RETURN OF PROPOSED STIPULATED ORDER ON CONFIRMATION (SOC), NOTICE OF MOTION TO DISMISS AND NOTICE OF INTENT TO UPLOAD ORDER DISMISSING CASE** was filed with the United States Bankruptcy Court and a copy together with a receipt of filing transmitted via electronic or first class mail this 03/15/2018 to:

Bertie Brodsky
6172 E. 20th Street
Tucson, AZ 85711
Debtor

Scott D. Gibson, Esq.
1632 N. Country Club Rd.
Tucson, AZ 85716
Attorneys for Debtor

By: DB